UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| GEORGE A. CONLEY,<br>       **Plaintiff,**<br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       **Defendant.** | Case No. 08-2234 |

# O R D E R

In March 2008, Administrative Law Judge (hereinafter "ALJ") David Thompson denied Plaintiff Gregory Conley's application for supplemental security income. ALJ Thompson based his decision on a finding that Plaintiff was able to perform jobs that exist in significant numbers in the national economy.

In September 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In March 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#11). In June 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#15). In August 2009, Plaintiff filed a Reply to Defendant's Memorandum in Support of Commissioner's Motion for Summary Affirmance (#18).

After reviewing the administrative record and the parties' memoranda, this Court entered an Order granting Plaintiff's Motion for Summary Judgment or Remand (#11). Consistent with the Court's reasoning in the Order granting Plaintiff's motion, the Court now **DENIES** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#15)**.

ENTER this 5th day of February, 2010.



                 s/ DAVID G. BERNTHAL
                 U.S. MAGISTRATE JUDGE